UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN M. WILSON | * | CIVIL ACTION NO. |
| | * | 3:21-cv-00628 |
| VERSUS | * | |
| | * | JUDGE deGRAVELLES |
| HEINEKEN USA | * | |
| | * | MAGISTRATE JUDGE JOHNSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, come plaintiff, Kathleen M. Wilson (hereinafter "Plaintiff"), and defendant, Heineken USA Inc. (hereinafter "Defendant"), who pursuant to Middle District of Louisiana Local Rule 16(c), hereby notify the Court that the parties have resolved fully and finally all claims that were or could have been brought by or on behalf of Plaintiff against Defendant arising out of or related to the captioned lawsuit. Upon satisfactory implementation of the conditions precedent to dismissal of the lawsuit pursuant to the terms of the parties' settlement agreement, the parties will file a Notice of Dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Respectfully submitted,

_/s/ Kathleen M. Wilson_
Kathleen M. Wilson, 28836
1762 Dallas Drive
Baton Rouge, Louisiana 70806
Telephone (225) 923-8237
Fax (225) 923-8236
PLAINTIFF

/s/ Deirdre C. McGlinchey
Deirdre C. McGlinchey (24167) (T.A)
dmcglinchey@mcglinchey.com
Patrick J. O'Cain (20993)
pocain@mcglinchey.com
McGlinchey Stafford, PLLC
301 Main Street Suite 1400
Baton Rouge, Louisiana 70801
Telephone (225) 383.9000
COUNSEL FOR HEINEKEN USA INC.

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Rules of Court for the Middle District of Louisiana, I hereby certify that a copy of the foregoing pleading has been served on:

> Kathleen M. Wilson, Esq.
> 1762 Dallas Drive
> Baton Rouge, Louisiana 70806
> PLAINTIFF

by depositing a copy of same, postage prepaid and duly addressed, in the United States Mail this February 24, 2022.

/s/ Deirdre C. McGlinchey

AmericasActive:16652181.1